# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 2:15-CR-25-RL-PRC |
| | ) | |
| MONIQUE COLES, | ) | |
|     Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT MONIQUE COLES**

TO:    THE HONORABLE RUDY LOZANO, JUDGE,
          UNITED STATES DISTRICT COURT

Upon Defendant Monique Coles' request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on January 14, 2016, with the consent of Defendant Monique Coles, counsel for Defendant Monique Coles, and counsel for the United States of America.

The hearing on Defendant Monique Coles' plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Monique Coles under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Monique Coles,

I FIND as follows:

(1) that Defendant Monique Coles understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Monique Coles understands her right to trial by jury, to persist in her plea

of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and to her right against compelled self-incrimination;

(3) that Defendant Monique Coles understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Monique Coles understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Monique Coles has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Monique Coles is competent to plead guilty;

(6) that Defendant Monique Coles understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Monique Coles' plea; and further,

I RECOMMEND that the Court accept Monique Coles' plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Monique Coles be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Monique Coles be adjudged guilty, a sentencing date before Judge Rudy Lozano will be scheduled. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

So ORDERED this 14th day of January, 2016.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT