**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

```
UNITED STATES OF AMERICA  )
                          )
        Plaintiff,        )
                          )
vs.                       )    CAUSE NO. 2:15-CR-25
                          )
MONIQUE COLES,            )
                          )
        Defendant.        )
```

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Monique Coles (DE #50) filed on January 14, 2016. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Monique Coles, and **FINDS** the Defendant guilty of Count 1 of the Indictment.

This matter shall be set for sentencing via separate order.

**DATED: February 2, 2016**          **/s/RUDY LOZANO, Judge**
                                      **United States District Court**